UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMAR D. PERRY, | ) | 1:05-CV-0837 REC DLB HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME (DOCUMENT #5) |
| A. K. SCRIBNER, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 4, 2005, petitioner filed a motion to extend time to submit an application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted sixty (60) days from the date of service of this order in which to submit an application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   August 16, 2005**             **/s/ Dennis L. Beck**
ah0l4d                                           UNITED STATES MAGISTRATE JUDGE