UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMAR D. PERRY, | ) | 1:05-cv-00837-LJO-DLB-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 19) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| A.K. SCRIBNER, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
|     Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On July 6, 2007, the Magistrate Judge filed Findings and a Recommendation that the Petition for Writ of Habeas Corpus be DENIED, and the Clerk of Court be directed to enter judgment in favor of Respondent. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within fifteen (15) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

//

/

1

1 In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendation are supported by
5 the record and proper analysis.

6 Accordingly, IT IS HEREBY ORDERED that:

7 1. The Findings and Recommendation, filed July 6, 2007, are
8 ADOPTED IN FULL;

9 2. The Petition for Writ of Habeas Corpus is DENIED; and,

10 3. The Clerk of Court enter judgment in favor of Respondent
11 and to close this action.

13 IT IS SO ORDERED.

14 **Dated: August 15, 2007**           **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE